1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNION SECURITY INSURANCE COMPANY,

        Plaintiff(s),

  v.

PHILLIP M. STEWART,

        Defendant(s).
                                            /

No. C 08-3260 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: ___7/21/2008_____                   Signature__/s/ Horace W. Green_____

                                                                       Counsel for _Plaintiff_____
                                                                       (Plaintiff, Defendant, or indicate "pro se")