**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 4, 2008**

**CASE NUMBER:** CV 08-03260 JL
**CASE TITLE:** UNION SECURITY INSURANCE COMPANY-v-PHILLIP M. STEWART

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable VAUGHN R. WALKER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/4/08

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 8/4/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA