Mr. C Mark Humbert
Green & Humbert
220 Montogomery St, Suite 438
San Francisco, Ca 94104

Dear Sir;

```
                    07-22-2008     RECEIVED
                    FILED
                    JUL 23 2008    JUL 23 2008
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
```

As you have not returned my phone calls I am writing you.
In response to your suit served on me CV 083260 Union Security Insurance Vs Philip M. Stewart I am informing you of the flowing facts.
I was never informed either orally or in writing of any policy about returning of any funds provided me due to my total disability following my triple by-pas surgery on October 28, 2003. In fact I was first told of this Only After I was granted Social Security Disability benefits. When I protested this to their representative I heard nothing farther until a full year later at which time a policy of harassment & attempted Intimidation began by their representatives at Harris, Klien Associates, Inc Woodstock, Georgia. Their harassing & I believe illegal tactics include phone calls to my wife, her employer & my Landlord. This is spite of numerous requests to cease these tactics. Now this suit has been filed continuing these IMO shady tactics Not only is this suit with out merit but in fact I was under paid a considerable amount . I was totally disabled and was/am entitled to a 70% disability payment based on my average income the previous three (3) years. My gross income was an average of $38,000 during that period making the proper payment of $26,600 per year rather than the $15,000 I received. Although I protested the amount paid under my employers policy I was ignored. Therefore I am requesting the additional sum of $11,600 per year be sent to me immediately.
In Any event I will be happy to meet with you to discuss the best way to put this behind us. I am still under several Mds care for heart disease , prostate Cancer, Cataracts, diabetes, & arthritis & will be involved in treatments, appointments & related matters through August . Therefore I am proposing a meeting sometime in September. Please advise. I may be reached by E-mail at peddler665@gmail.com, by phone at 510-258-1647 or at my home address 433 Viebrock Way, Hayward, Ca 94544.

Thank You

*[signature]*
Philip M. Stewart

CC Chief Magistrate Judge James Larson
Assistant Venice Thomas
US District Court
450 Golden Gate avenue
San Francisco
Ca 94102
Courtroom F, 15th floor