IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNION SECURITY INSURANCE COMPANY,           No    C-08-03260 VRW

    Plaintiff,                                  ORDER

    v

PHILIP M STEWART

    Defendant.

_____/

    At the initial case management conference for this action held on December 18, 2008, the court set a deadline of January 20, 2009 for completion of court annexed mediation.  Because the court will be unable to provide for mediation before that deadline, the court sua sponte ORDERS that the deadline for court annexed mediation be extended to March 20, 2009.

    IT IS SO ORDERED.

    VAUGHN R WALKER
    United States District Chief Judge