1    C. Mark Humbert (111093)
    Horace W. Green (115699)
2    GREEN & HUMBERT
    220 Montgomery Street, Suite 438
3    San Francisco, California 94104
    Telephone: (415) 837-5433
4    Facsimile:  (415) 837-0127

5

6    Attorney for Plaintiff
    **Union Security Insurance Company**

7    Phillip M. Stewart
    433 Viebrock Way
8    Hayward, CA 94544
    Telephone:  (510) 258-1647

9

    **Defendant in pro per**

10

11

12             **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14

15    UNION SECURITY INSURANCE      )    Case No.   C 08-3260 VRW
    COMPANY,                             )
16                                       )    **STIPULATION & [PROPOSED] ORDER**
          Plaintiff,                  )    **CONTINUING MEDIATION DEADLINE**
17                                       )    **AND ADDITIONAL DATES**
       vs.                                  )
18                                       )
    PHILLIP M. STEWART,             )
19                                       )
          Defendant.              )
20                                       )
    _____ )

21        Plaintiff UNION SECURITY INSURANCE COMPANY and defendant PHILLIP M.

22 STEWART hereby submit their joint request to continue the mediation deadline in this

23 matter, which is currently set for March 20, 2009.  The parties have been informed by the

24 District Court's ADR unit that staff have not yet been able to appoint a mediator in this

25 matter, notwithstanding their due diligence in this regard.

26        The mediation deadline is currently set for March 20, 2009, and defendant is not

27 available, due to health care issues, between the current date and the deadline.  The

28 parties therefore report that the mediation deadline of March 20, 2009 and subsequent

1  dates (discovery cutoff, April 3, 2009; last day to notice dispositive motions, May 21, 2009;

2  and dispositive motion hearing date, June 25, 2009) be continued 45 to 60 days.

3  Respectfully submitted,

4  DATE: March_3, 2009                    GREEN & HUMBERT

5

6                                         By:  /s/ C. Mark Humbert

7                                              C. MARK HUMBERT

8                                              Attorneys for Plaintiff
                                               UNION SECURITY INSURANCE
   DATE: March___, 2009

9

10

11                                        By: _____
                                               PHILLIP M. STEWART

12                                             Defendant in pro per

13

14                              **ORDER**

15         For good cause appearing,

16         IT IS ORDERED THAT the current dates for the mediation deadline, discovery

17  cutoff, the filing of dispositive motions, and the date for hearing of dispositive motions are

18  vacated, and the following dates are set.

19         Mediation Deadline: ___MAY 22, 2009_____

20         Discovery Cutoff: __JUNE 5, 2009_____

21         Last Day to File Dispositive Motions: ___JULY 23, 2009_____

22         Hearing of Dispositive Motions: ___AUGUST 27, 2009 at 2:30 P.M.

23

24  Dated: March __10_, 2009               _____

25                                         THE HONORABLE VAUGHN R. WALKER

26                                         UNITED STATES DISTRICT JUDGE

27

28

1  dates (discovery cutoff, April 3, 2009; last day to notice dispositive motions, May 21, 2009;

2  and dispositive motion hearing date, June 25, 2009) be continued 45 to 60 days.

3  Respectfully submitted,

4  DATE: March___, 2009          GREEN & HUMBERT

5

6                                By: _/s/ C. Mark Humbert_____

7                                   C. MARK HUMBERT

8                                Attorneys for Plaintiff
   DATE: March___, 2009          UNION SECURITY INSURANCE

9

10

11                               By: _____
                                    PHILLIP M. STEWART

12

13                               Defendant in pro per

14                                    **ORDER**

15       For good cause appearing,

16       IT IS ORDERED THAT the current dates for the mediation deadline, discovery

17  cutoff, the filing of dispositive motions, and the date for hearing of dispositive motions are

18  vacated, and the following dates are set.

19       Mediation Deadline: _____

20       Discovery Cutoff: _____

21       Last Day to File Dispositive Motions: _____

22       Hearing of Dispositive Motions: _____

23

24  Dated: March ___, 2009          _____

25                                  THE HONORABLE VAUGHN R. WALKER

26                                  UNITED STATES DISTRICT JUDGE

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

      I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is: Green & Humbert, 220 Montgomery Street, Suite 438, San Francisco, California 94104.

      On **March 3, 2009**, I served document(s) described as **STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** on the interested parties in this action by placing [  ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

      Phillip M. Stewart
      433 Viebrock Way
      Hayward, CA 94544

[X]  **BY MAIL**

    [X] I deposited such envelope in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

    [  ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party serviced, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]  **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed at San Francisco California on **March 3, 2009**.

NAME:  C. Mark Humbert         __/s/ C. Mark Humbert_____
                                    (Signature)