C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
The Mills Building
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Plaintiff
UNION SECURITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION SECURITY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PHILLIP M. STEWART,<br><br>　　　　　Defendant. | Case No. C 08-3260 VRW<br><br>[~~PROPOSED~~] (WDB) ORDER PERMITTING PLAINTIFF'S REPRESENTATIVE TO APPEAR BY TELEPHONE AT MEDIATION<br><br>DATE: MAY 19, 2009<br>TIME: 10:30 A.M.<br>MEDIATOR: MIKE SOBEL |

Upon the application of counsel for plaintiff herein for an order allowing a representative of plaintiff Union Security Insurance Company to appear by telephone at the upcoming mediation, and for demonstrated good cause,

IT IS HEREBY ORDERED that a representative of plaintiff may appear by telephone at the upcoming mediation, and the requirement of personal appearance is excused.

DATED: _May 7_, 2009　　　　　_/s/ Wayne D. Brazil_
　　　　　　　　　　　　　　　　　　　Wayne D. Brazil
　　　　　　　　　　　　　　　　　　　Magistrate Judge

---

[Proposed] Order Permitting Plaintiff's Representative to Appear by Telephone at Mediation　　1
Case No. C 08-3260 VRW